**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

SUZETTE M. INTIHAR,               :    No. 246 WAL 2023

           Petitioner          :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

           v.                       :

BRETT E. BOSTIAN, WAL-MART STORES   :
EAST, L.P.; WAL-MART REAL ESTATE      :
BUSINESS TRUST; AND WAL-MART, INC.,   :

           Respondents       :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 6th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.